# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DR. RUDOLPH CREW, | CIVIL ACTION FILE |
| | NO. 1:20-cv-04374LMM-LTW |
| Plaintiff, | |
| | **JURY TRIAL DEMANDED** |
| v. | |
| DEKALB COUNTY SCHOOL DISTRICT and DR. JOYCE MORLEY, in her Individual Capacity, | |
| Defendants. | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Plaintiff Dr. Rudolph Crew

- Defendant DeKalb County School District

- Defendant Dr. Joyce Morley

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Plaintiff Dr. Rudolph Crew
- Legare, Attwood & Wolfe, LLC
- Defendant DeKalb County School District
- Defendant Dr. Joyce Morley
- Gregory Doyle Calhoun & Rogers, LLC

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>For the Plaintiff:</u>

Steven E. Wolfe
Legare, Attwood & Wolfe, LLC

<u>For the Defendants:</u>

Randall C. Farmer
Gregory Doyle Calhoun & Rogers, LLC

Respectfully submitted November 4, 2020.

/s/ *Steven E. Wolfe*
Steven E. Wolfe
Georgia Bar No. 142441
sewolfe@law-llc.com

LEGARE, ATTWOOD & WOLFE, LLC
125 Clairemont Avenue, Suite 380
Decatur, GA  30030
Telephone: (470) 823-4000
Facsimile: (470) 201-1212
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DR. RUDOLPH CREW, ) | CIVIL ACTION FILE |
| ) | NO. 1:20-cv-04374LMM-LTW |
| Plaintiff, ) | |
| ) | **JURY TRIAL DEMANDED** |
| vi. ) | |
| ) | |
| DEKALB COUNTY SCHOOL ) | |
| DISTRICT and ) | |
| DR. JOYCE MORLEY, in her Individual ) | |
| Capacity, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2020, I electronically filed the foregoing **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

    Randall C. Farmer
    Gregory Doyle Calhoun & Rogers, LLC

                                  */s/ Steven E. Wolfe*
                                  Steven E. Wolfe
                                  Georgia Bar No. 142441

sewolfe@law-llc.com